# **EXHIBIT B**


DLC/PP-1992:184

INSTRUMENT OF GIFT

I, Carol M. Highsmith (hereinafter: Donor), do hereby confirm that on March 11, 1988, I gave, granted, conveyed title in and set over to the United States of America for inclusion in the collections of the Library of Congress (hereinafter: Library) and for administration therein by the authorities thereof, a collection of 230 original 4 x 5 color transparencies and black and white negatives, and 230 color and black and white photoprints documenting the Willard Hotel in Washington, D.C., to be known as the Carol M. Highsmith Archive (hereinafter: Archive.

I hereby dedicate to the public all rights, including copyrights throughout the world, that I possess in this collection.

1. <u>Access</u>.  The entire Archive shall be made immediately available to researchers, scholars, and the general public at the discretion of the Library.

2. <u>Reproduction</u>.  Persons granted access to the Archive may procure single-copy reproductions of the works contained in the Archive, and video (analog) and/or optical disc (digital) copies may be made available to the public in general in accordance with

-2-

the Library's rules and regulations governing the availability of such copies. The Library will request, through its standard procedures, that when material in the Archive is reproduced by those who have obtained reproductions credit be given as follows: The Library of Congress, Carol M. Highsmith Archive. For reasons of security, preservation, or service, the Library may, when consistent with its policies and in consideration of the national interest, reproduce, trsanscribe, and copy all or parts of the Archive whenever it has funds at its disposal for such purposes.

3. <u>Use</u>. The Library may use the Archive for its usual and customary archival, service, exhibition and publication purposes. The Library credit the Donor as cited above in Paragraph 2.

4. <u>Additions</u>. Such other and related material as the Donor may from time to time donate to the United States of America for inclusion in the collections of the Library shall be governed by the terms of this Instrument of Gift or such written amendments as may hereafter be agreed upon between the Donor and the Library.

-3-

5. <u>Disposal</u>.  Should any part of the Archive be found by the Library to include material which the Library deems inappropriate for permanent retention with the Archive or for transfer to other collections in the Library, the Library shall offer to return those materials to the Donor.  If the Donor does not respond to the Library's offer within 90 days of receipt thereof, the Library may dispose of said material in accordance with its procedures for the disposition of materials not needed for the collections.

In witness whereof, we have set our hands and seals this _____17th_____ day of _November_, 19_91_, in the City of _Washington, D.C._.

_____
Carol M. Highsmith                (seal)

Accepted for the United States of America

_____
The Librarian of Congress         (seal)

_December 31, 1991_____
Date