# **EXHIBIT C**



Help   Contact   Ask a Librarian

Discover   Services   Visit   Education   Connect   About

[ All Formats ]   Search Loc.gov   GO

Print   Subscribe   Share/Save   Give Feedback

Photos, Prints, Drawings

# Nelson Atkins Art Museum, Kansas City, Missouri



Enlarge

[ original digital file ]

Download:   Go

## About this Item

**Title**
Nelson Atkins Art Museum, Kansas City, Missouri

**Contributor Names**
Highsmith, Carol M., 1946-, photographer

**Created / Published**
2009 May 7.

**Subject Headings**
-  United States--Missouri--Kansas City
-  Nelson-Atkins Museum of Art

**Format Headings**
Digital photographs--Color--2000-2010.

**Notes**
-  Title, date, and subjects provided by the photographer.
-  Credit line: Carol M. Highsmith's America, Library of Congress, Prints and Photographs Division.
-  Gift and purchase; Carol M. Highsmith; 2009; (DLC/PP-2010:031).
-  Forms part of: Carol M. Highsmith's America Project in the Carol M. Highsmith Archive.

**Part of...**

Highsmith (Carol M.) Archive (31,685)

Library of Congress Online Catalog (492,294)

Prints and Photographs Division (749,483)

**Format**
Photos, Prints, Drawings

**Contributors**
Highsmith, Carol M.

**Dates**
2009

**Location**
Kansas City
Missouri

**Medium**
1 photograph : digital, TIFF file, color.

**Call Number/Physical Location**
LC-DIG-highsm- 04152 (ONLINE) [P&P]

**Source Collection**
Highsmith, Carol M., 1946- Carol M. Highsmith Archive.

**Repository**
Library of Congress Prints and Photographs Division Washington, D.C. 20540 USA http://hdl.loc.gov/loc.pnp/pp.print

**Digital Id**
highsm 04152 //hdl.loc.gov/loc.pnp/highsm.04152

**Library of Congress Control Number**
2010630148

**Reproduction Number**
LC-DIG-highsm-04152 (original digital file)

**Rights Advisory**
No known restrictions on publication.

**Online Format**
image

**LCCN Permalink**
https://lccn.loc.gov/2010630148

**Library of Congress Online Catalog**
https://catalog.loc.gov/vwebv/search?searchCode=STNO&searchArg=2010630148&searchType=1&recCount=10

**Additional Metadata Formats**
MARCXML Record
MODS Record
Dublin Core Record

United States

**Language**
English

**Subjects**
Color
Digital Photographs
Kansas City
Missouri
Nelson-Atkins Museum of Art
United States

---

**Rights & Access**

Rights assessment is your responsibility.

The Library of Congress does not own rights to material in its collections. Therefore, it does not license or charge permission fees for use of such material and cannot grant or deny permission to publish or otherwise distribute the material.

Ultimately, it is the researcher's obligation to assess copyright or other use restrictions and obtain permission from third parties when necessary before publishing or otherwise distributing materials found in the Library's collections.

For information about reproducing, publishing, and citing material from this collection, as well as access to the original items, see: Carol M. Highsmith - Rights and Restrictions Information

More about Copyright and other Restrictions

For guidance about compiling full citations consult Citing Primary Sources.

- **Rights Advisory**: No known restrictions on publication.
- **Reproduction Number**: LC-DIG-highsm-04152 (original digital file)
- **Call Number**: LC-DIG-highsm- 04152 (ONLINE) [P&P]
- **Access Advisory**: ---

**Obtaining Copies**
Some images in this collection are described in groups; others are described individually. In some cases, all of the images in the group display online, in other cases they do not.

You can download online images yourself. Alternatively, you can purchase copies of various types.

1. **Determine whether the desired materials can be retrieved online.**
   Look in the **Medium** field above to determine whether the description is for one photograph or more than one.

   If the description is for a single item and it is displaying, you can download or purchase a print. Cite the number that begins with "LC-DIG..." when purchasing copies through Library of Congress Duplication Services.

   If the description is for more than one item and there is a "Click for more images" icon displaying, select that. Individual images will display; you can download or purchase prints. Cite the number that begins with "LC-DIG..." when purchasing copies through Library of Congress Duplication Services.

   If the description is for more than one item and there is no "Click for more images" icon displaying, return to the "About this Item" tab and select the "*Check for online items from this group*" link. Then select the "Obtaining Copies" tab for any retrieved items that are of interest.

2. **If the images do not display online** -- Select images for reproduction through one of these methods:
   Visit the Prints & Photographs Reading Room and request to view the group (general information about service in the reading room is available at: http://www.loc.gov/rr/print/info/001_ref.html).

   P&P reading room staff can provide up to 15 photocopies of items per calendar year. (Color images cannot be photocopied.) For assistance, see our Ask a Librarian page. OR

   Hire a freelance researcher to do further selection for you (a list of researchers is available at: http://www.loc.gov/rr/print/resource/013_pic.html).

**Purchasing Copies**

Library of Congress Duplication Services can make copies of various types from images in Prints & Photographs Division Collections. Price lists, contact information, and order forms are available on the Duplication Services Web site.

Carol M. Highsmith sells prints of her photographs at: http://photographsamerica.com/ .

## Access to Originals

**Please use the following steps to determine whether you need to fill out a call slip in the Prints and Photographs Reading Room to view the original item(s). In some cases, a surrogate (substitute image) is available, often in the form of a digital image, a copy print, or microfilm.**

1. *Is the item digitized? (A thumbnail (small) image will be visible on the left.)*

   - **Yes, the item is digitized.** Please use the digital image in preference to requesting the original. All images can be viewed at a large size when you are in any reading room at the Library of Congress. In some cases, only thumbnail (small) images are available when you are outside the Library of Congress because the item is rights restricted or has not been evaluated for rights restrictions.
     As a preservation measure, we generally do not serve an original item when a digital image is available. If you have a compelling reason to see the original, consult with a reference librarian. (Sometimes, the original is simply too fragile to serve. For example, glass and film photographic negatives are particularly subject to damage. They are also easier to see online where they are presented as positive images.)
   - **No, the item is not digitized.** Please go to #2.

2. *Do the Access Advisory or Call Number fields above indicate that a non-digital surrogate exists, such as microfilm or copy prints?*

   - **Yes, another surrogate exists.** Reference staff can direct you to this surrogate.
   - **No, another surrogate does not exist.** Please go to #3.

3. If you do not see a thumbnail image or a reference to another surrogate, please fill out a call slip in the Prints and Photographs Reading Room. In many cases, the originals can be served in a few minutes. Other materials require appointments for later the same day or in the future. Reference staff can advise you in both how to fill out a call slip and when the item can be served.

To contact Reference staff in the Prints and Photographs Reading Room, please use our Ask A Librarian service or call the reading room between 8:30 and 5:00 at 202-707-6394, and Press 3.

**Cite This Item**

Citations are generated automatically from bibliographic data as a convenience, and may not be complete or accurate.

**Chicago citation style:**
Highsmith, Carol M, photographer. *Nelson Atkins Art Museum, Kansas City, Missouri*. May 7, 2009. Image. Retrieved from the Library of Congress, https://www.loc.gov/item/2010630148. (Accessed June 29, 2016.)

**APA citation style:**
Highsmith, C. M., photographer. (2009) *Nelson Atkins Art Museum, Kansas City, Missouri*. May 7. [Image] Retrieved from the Library of Congress, https://www.loc.gov/item/2010630148.

**MLA citation style:**

Highsmith, Carol M, photographer. *Nelson Atkins Art Museum, Kansas City, Missouri*. May 7, 2009. Image. Retrieved from the Library of Congress, <https://www.loc.gov/item/2010630148>.

## More photos, prints, drawings like this



**Photos, Prints, Drawing**
**Bloch Building, Nelson-Atkins Art Museum, Kansas City, Missouri**
1 photograph : digital, TIFF file, color.



**Photos, Prints, Drawing**
**Nelson Atkins Art Museum, Kansas City, Missouri, with Shuttlecocks sculpture by Claes Oldenburg**
1 photograph : digital, TIFF file, infrared. | Photo shows the museum with "Shuttlecocks" on lawn, created by Claes Oldenburg, 1994.



**Photos, Prints, Drawing**
**Country Club Plaza Shopping Mall Detail, Kansas City, Missouri**
1 photograph : digital, TIFF file, color.



**Photos, Prints, Drawing**
**Country Club Plaza Mall Detail, Kansas City, Missouri**
1 photograph : digital, TIFF file, color.

## You might also like



BOOK

**Book**
**Recollections, 1844-1909 /**
**Catalog Record - Electronic Resource Available**

Roll of Company A, sixth regiment, Virginia Infantry Volunteers (Union): p. 230-232. Includes index. Also available in digital form on the Internet Archive Web site.



NEWSPAPER

**Newspaper**
**Kansas City journal (Kansas City, Mo. : 1897)**
**Catalog Record - Electronic Resource Available**

Daily Vol. 39, no. 244 (Feb. 9, 1897)-71st year, no. 118 (Oct. 3, 1928). On Sundays published as: Kansas City Sunday journal, Feb. 14, 1897-June 5, 1904; also published as Kansas City ...



**Notated Music**
**Fighting in France**

Notated Music. print | 1 score (3 pages) ; 35 cm | Words and music by Honor Bright. (Statement Of Responsibility). For voice and piano. Staff notation. (Language). Print (Form). Unmediated (Form). ...



**Notated Music**
**Oh, let me fly!**

Notated Music. print | 1 score (3 pages) ; 35 cm | Words and music by Honor Bright. (Statement Of Responsibility). For voice and piano. Staff notation. (Language). Print (Form). Unmediated (Form). ...

| Ways to connect: | | Especially for... | Formats | | Discover |
| --- | --- | --- | --- | --- | --- |
| Instagram | Mobile Apps | Kids & Families | Audio Recordings | Periodicals | Services |
| Pinterest | E-Mail Alerts & RSS | Publishers | Books | Personal Narratives | Visit |

https://www.loc.gov/item/2010630148/   Page 4 of 5

| | | | | | |
|---|---|---|---|---|---|
| Twitter | Podcasts | Teachers | Films, Videos | Photos, Prints, Drawings | Education |
| YouTube | Video & Webcasts | Researchers | Legislation | Software, E-Resources | Connect |
| iTunesU | Blogs | Librarians | Manuscripts/Mixed Material | Archived Web Sites | About |
| Facebook | Connect | | Maps | Web Pages | Press |
| Flickr | | | Notated Music | 3-D Objects | Jobs |
| | | | Newspapers | | Donate |

Speech Enabled   Accessibility   Legal   Inspector General   External Link Disclaimer   USA.gov