UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M. HIGHSMITH,<br><br>                          Plaintiff,<br><br>v.<br><br>GETTY IMAGES (US), INC., et al.,<br><br>                          Defendants. | CASE NO. 16-CV-5924 (JSR)<br><br>GETTY IMAGES (US), INC.'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Getty Images (US), Inc., by and through its undersigned attorneys, makes the following disclosure:

1. Getty Images (US), Inc., a New York corporation that is not publicly traded, is a wholly owned subsidiary of Getty Images, Inc.

2. Getty Images, Inc., a Delaware corporation that is not publicly traded, is a portfolio company of the Carlyle Group L.P. (CG), a publicly traded Delaware limited partnership.

3. No publicly traded company owns 10% or more of Getty Images (US), Inc.'s stock.

Dated:  August 17, 2016

Respectfully submitted,

   *Kenneth L. Doroshow*
Kenneth L. Doroshow (KD-8374)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone:  (202) 639-6027
Facsimile:  (202) 639-6066

*Attorneys for Defendant Getty Images (US), Inc.*