UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M. HIGHSMITH,<br><br>*Plaintiff*,<br><br>v.<br><br>GETTY IMAGES (US), INC., LICENSE COMPLIANCE SERVICES, INC., PICSCOUT, INC., ALAMY, INC., ALAMY, LTD., and JOHN DOES 1 TO 100,<br><br>*Defendants*. | 16 Civ. 5924 (JSR)<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant License Compliance Services, Inc. ("LCS") hereby files its corporate disclosure statement.

1. LCS, a Delaware corporation that is not publicly traded, is a wholly owned subsidiary of Getty Images, Inc. ("Getty Images").

2. Getty Images, a Delaware corporation that is not publicly traded, is a portfolio company of the Carlyle Group L.P. (CG), a publicly traded Delaware limited partnership.

3. No publicly traded company owns 10% or more of LCS's stock.

Dated: August 19, 2016　　　　　　　　By:　  /s/ Nancy Wolff
New York, NY　　　　　　　　　　　　　　　Nancy Wolff
　　　　　　　　　　　　　　　　　　　　　　Lindsay W. Bowen
　　　　　　　　　　　　　　　　　　　　　　COWAN, DEBAETS, ABRAHAMS &
　　　　　　　　　　　　　　　　　　　　　　SHEPPARD LLP
　　　　　　　　　　　　　　　　　　　　　　41 Madison Avenue, 38th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10010
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 974-7474
　　　　　　　　　　　　　　　　　　　　　　nwolff@cdas.com
　　　　　　　　　　　　　　　　　　　　　　lbowen@cdas.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant License*
　　　　　　　　　　　　　　　　　　　　　　*Compliance Services, Inc.*

{A091620.DOCX/1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, a true and correct copy of the foregoing License Compliance Services, Inc.'s Initial Disclosures, was served via first-class mail on August 19, 2016 upon the following:

Joseph Gioconda, Esq.
Joseph M. Forgione, Esq.
Gioconda Law Group, PLLC
100 Park Avenue, 16th floor
New York, New York 10017

and

James R. Gourley, Esq.
Michael R. Steinmark, Esq.
Carstens & Cahoon LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240

/s/ *Darnella V. Thomas*
Darnella V. Thomas