UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M. HIGHSMITH,<br><br>   *Plaintiff*,<br><br>  v.<br><br>GETTY IMAGES (US), INC., LICENSE COMPLIANCE SERVICES, INC., PICSCOUT, INC., ALAMY, INC., ALAMY, LTD., and JOHN DOES 1 TO 100,<br><br>   *Defendants.* | 16 Civ. 5924 (JSR)<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Alamy Inc. (incorrectly identified as "Alamy, Inc.") and Alamy Ltd. (incorrectly identified as "Alamy, Ltd.") hereby files their corporate disclosure statement.

  Alamy Inc., a New York corporation, is a privately held, wholly owned subsidiary of Alamy Ltd., which is a privately owned, limited company organized under the laws of England and Wales. No publicly traded company owns 10% or more of Alamy Ltd.

| | | |
|---|---|---|
| Dated: August 19, 2016<br>New York, NY | By: | /s/Nancy Wolff<br>Nancy Wolff<br>Lindsay W. Bowen<br>Brittany L. Kaplan<br>COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP<br>41 Madison Avenue, 38th Floor<br>New York, NY 10010<br>Tel: (212) 974-7474<br>nwolff@cdas.com<br>lbowen@cdas.com<br>bkaplan@cdas.com<br><br>*Attorneys for Defendants Alamy Inc. and Alamy Ltd.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, a true and correct copy of the foregoing Alamy Inc. and Alamy Ltd.'s Rule 7.1 Corporate Disclosure Statement, was served via first-class mail on August 19, 2016 upon the following:

Joseph Gioconda, Esq.
Joseph M. Forgione, Esq.
Gioconda Law Group, PLLC
100 Park Avenue, 16th floor
New York, New York 10017

and

James R. Gourley, Esq.
Michael R. Steinmark, Esq.
Carstens & Cahoon LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240

/s/ *Darnella V. Thomas*
Darnella V. Thomas