```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
CAROL M. HIGHSMITH and THIS IS            :
AMERICA!, INC.,                           :
                                          :   16 Civ. 5924 (JSR)
        Plaintiffs,                       :
                                          :   ORDER
        -v-                               :
                                          :
GETTY IMAGES (US), INC., LICENSE          :
COMPLIANCE SERVICES, INC., ALAMY,         :
INC., and ALAMY LTD.,                     :
                                          :
        Defendants.                       :
------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Defendants Getty Images (US), Inc., License Compliance Services, Inc., Alamy, Inc., and Alamy Ltd. collectively moved to dismiss all claims of plaintiffs Carol Highsmith and This is America!, Inc. under the Digital Millenium Copyright Act (Counts I through III), the Lanham Act (Counts IV through VII), New York General Business Law § 349 (Counts VIII through X), and New York common law of unfair competition (Counts XI through XIII).

Upon consideration, the Court grants defendants' motions as to Counts I through VII and Counts XI through XIII, but it denies them as to Counts VIII through X. A memorandum explaining the reasons for these rulings will issue in due course. The Clerk of the Court is directed to close the motions at docket numbers 44, 51, and 54.

SO ORDERED.

Dated:   New York, NY
         October 28, 2016                    _____
                                             JED S. RAKOFF, U.S.D.J.