UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CAROL M. HIGHSMITH, and
THIS IS AMERICA! INC.,

    Plaintiffs,

v.

GETTY IMAGES (US), INC.,
LICENSE COMPLIANCE SERVICES, INC.,
ALAMY INC.,
ALAMY LTD., and
JOHN DOES 1 TO 100,

    Defendants.

16 CIV. 5924-JSR

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: Nov. /5, 2016

_____
Joseph C. Gioconda, Esq. (JG-4716)
Joseph M. Forgione, Esq. (JF 8630)
GIOCONDA LAW GROUP PLLC
100 Park Avenue
16th Floor
New York, NY 10017
Tel: (212) 235-1220
Fax: (888) 697-9655
E: joseph.gioconda@giocondalaw.com
E: joseph.forgione@giocondalaw.com

James R. Gourley, Esq.
Michael R. Steinmark, Esq.
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240
Tel:   (972) 367-2001
Fax:   (972) 367-2002
E: gourley@cclaw.com
E: steinmark@cclaw.com

Admitted *Pro Hac Vice*
*Attorneys for Plaintiffs
Carol M. Highsmith and
This is America!, Inc.*

_____
Kenneth L. Doroshow, Esq.
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
Suite 900
Washington, DC 20001
Tel: (202) 639-6027
Fax:   (202) 661-4855
E: KDoroshow@jenner.com

*Attorneys for Defendant
Getty Images (US), Inc.*

_____
Lindsay W. Bowen, Esq.
Nancy E. Wolff, Esq.
Brittany Lane Kaplan, Esq.
COWAN, DEBAETS,
ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
E: lbowen@cdas.com
E: nwolff@cdas.com
E: bkaplan@cdas.com
*Attorneys for Defendants License Compliance
Services, Inc., Alamy Inc. and Alamy Ltd.*

SO ORDERED:

_____
Honorable Jed S. Rakoff
United States District Court Judge
for the Southern District of New York

Date:  11-16-16          tmc

2