

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAROL M. HIGHSMITH, and
THIS IS AMERICA! INC.,

          Plaintiffs,

v.

GETTY IMAGES (US), INC.,
LICENSE COMPLIANCE SERVICES,
   INC.,
ALAMY INC.,
ALAMY LTD., and
JOHN DOES 1 TO 100,

          Defendants.

16 CIV. 5924-JSR

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: Nov. /5, 2016

/s/ Joseph C. Gioconda
Joseph C. Gioconda, Esq. (JG-4716)
Joseph M. Forgione, Esq. (JF 8630)
GIOCONDA LAW GROUP PLLC
100 Park Avenue
16th Floor
New York, NY 10017
Tel: (212) 235-1220
Fax: (888) 697-9655
E: joseph.gioconda@giocondalaw.com
E: joseph.forgione@giocondalaw.com

James R. Gourley, Esq.
Michael R. Steinmark, Esq.
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240
Tel:   (972) 367-2001
Fax:  (972) 367-2002
E: gourley@cclaw.com
E: steinmark@cclaw.com

Admitted Pro Hac Vice
Attorneys for Plaintiffs
Carol M. Highsmith and
This is America!, Inc.

Kenneth L. Doroshow, Esq.
JENNER & BLOCK LLP
1099 New York Avenue, N.W.,
Suite 900
Washington, DC 20001
Tel: (202) 639-6027
Fax:  (202) 661-4855
E: KDoroshow@jenner.com

Attorneys for Defendant
Getty Images (US), Inc.

Lindsay W. Bowen, Esq.
Nancy E. Wolff, Esq.
Brittany Lane Kaplan, Esq.
COWAN, DEBAETS,
ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 38th Floor
New York, New York 10010
Tel.: (212) 974-7474
Fax: (212) 974-8474
E: lbowen@cdas.com
E: nwolff@cdas.com
E: bkaplan@cdas.com
Attorneys for Defendants License Compliance
Services, Inc., Alamy Inc. and Alamy Ltd.

SO ORDERED:

/s/ Jed S. Rakoff
Honorable Jed S. Rakoff
United States District Court Judge
for the Southern District of New York

Date: 11-16-16            tmc

2